**KANSAS CITY TITLE INS. CO., appellant, v. BOARD OF INS. COM'RS of the State of Texas, et al., appellees.**

No. 9694.

Court of Civil Appeals of Texas. Austin.

Jan. 14, 1948.

Rehearing Denied Jan. 28, 1948.

Murfee & Crystal, by Latimer Murfee, all of Houston, and Critz, Kuykendall, Bauknight, Mann & Stevenson, of Austin, for appellant.

Price Daniel, Atty. Gen., of Texas, and W. V. Geppert and C. K. Richards, Asst. Attys. Gen., for appellees.

GRAY, Justice.

This is a companion case to Lawyers Title Insurance Corporation v. Board of Insurance Commissioners et al., 207 S.W.2d 972, this day decided by this court, and presents the same questions decided by us in that case. For the reasons stated in that opinion, which is here referred to and adopted, the judgment of the trial court in this case is affirmed.

Affirmed.